

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00086-CR

Freddy **VILLANUEVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0284-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion to File Late Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court